Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20172−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda E. Rivera
   1409 Longboat Ave
   Beachwood, NJ 08722−4305

Social Security No.:
   xxx−xx−4771

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 8/3/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:     September 12, 2018
Time:     10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 6, 2018
JAN: vpm

                         Jeanne Naughton
                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20172-KCF
Linda E. Rivera                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2             Date Rcvd: Aug 06, 2018
                               Form ID: 185             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db              Linda E. Rivera,    1409 Longboat Ave,    Beachwood, NJ  08722-4305
517678370      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
517541244     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Best Buy,    PO Box 78009,    Phoenix, AZ  85062-8009)
517642126       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517541247       Frank Rivera,    1409 Longboat Ave,    Beachwood, NJ  08722-4305
517541248       GM Financial,    PO Box 78143,    Phoenix, AZ  85062-8143
517541253       Navient Dept. of Edu. Loan Servicing,    PO Box 963,    Wilkes Barre, PA  18703-0963
517581287      +Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,    Jersey City, NJ 07302-3835
517541256       Sears Credit Cards,    PO Box 78051,    Phoenix, AZ  85062-8051
517579898      +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517541258       Target Card Services,    PO Box 660170,    Dallas, TX  75266-0170
517658614       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2018 23:39:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2018 23:39:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517541242       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:36:59      American Eagle,    PO Box 530942,
                 Atlanta, GA  30353-0942
517541243       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:27      Ashley Furniture,    PO Box 960061,
                 Orlando, FL  32896-0061
517541245       E-mail/Text: ebn@barnabashealth.org Aug 06 2018 23:39:44      Community Medical Center,
                 PO Box 903,    Oceanport, NJ  07757-0903
517541246       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2018 23:38:52      Forever 21,
                 PO Box 659820,    San Antonio, TX  78265-9120
517541249       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2018 23:38:52       HSN,    PO Box 659707,
                 San Antonio, TX  78265-9707
517541250       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:27      JCPenney,    PO Box 960090,
                 Orlando, FL  32896-0090
517541251       E-mail/Text: bnckohlsnotices@becket-lee.com Aug 06 2018 23:38:18       Kohl's,    PO Box 3043,
                 Milwaukee, WI  53201-3043
517660294       E-mail/Text: camanagement@mtb.com Aug 06 2018 23:38:46       M&T Bank,    PO BOX 840,
                 Buffalo, NY 14240
517541252       E-mail/Text: camanagement@mtb.com Aug 06 2018 23:38:46       M&T Bank,    PO Box 1288,
                 Buffalo, NY  14240-1288
517541254       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:36:33      Old Navy,    PO Box 965005,
                 Orlando, FL  32896-5005
517653359       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2018 23:37:10
                 Portfolio Recovery Associates, LLC,    c/o Ashley Homestore,    POB 41067,    Norfolk VA 23541
517541255       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:27      QVC,    PO Box 530905,
                 Atlanta, GA  30353-0905
517653645       E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2018 23:39:00
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517653643       E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2018 23:39:00
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517541831      +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:27      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517541257       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:37:27      Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL  32896-0013
517541259       E-mail/Text: bankruptcy@td.com Aug 06 2018 23:39:20       TD Bank,    PO Box 84037,
                 Columbus, GA  31908-4037
517657484      +E-mail/Text: bncmail@w-legal.com Aug 06 2018 23:39:27       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517541260       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2018 23:38:52      Victoria Secret,
                 PO Box 659728,    San Antonio, TX  78265-9728
517541261       E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 23:36:33      Walmart,    PO Box 960024,
                 Orlando, FL  32896-0024
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 06, 2018
                              Form ID: 185               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Debtor Linda E. Rivera kerrein66@comcast.net,
               G1659@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```